IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>　　　　Plaintiff<br><br>vs.<br><br>GUARDIAN PROTECTION GROUP LLC<br><br>　　　　Defendant. | Case No. 2:26-cv-00209 |

**[PROPOSED] ORDER**

　　　　AND NOW, this ___ day of _____, 2025, upon consideration of Plaintiff's Motion for Pro Hac Vice, the motion is GRANTED.

　　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1