**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

STEWART ABRAMSON, individually and on
behalf of a class of all persons and entities
similarly situated,

        Plaintiff

vs.

GUARDIAN PROTECTION GROUP LLC

        Defendant.

Case No. 2:26-cv-00209

**ORDER**

AND NOW, this 10th day of February, 2025, upon consideration of Plaintiff's Motion for Admission Pro Hac Vice, the motion is GRANTED and attorney Anthony I. Paronich is hereby admitted to practice in this Court *pro hac vice*.

IT IS SO ORDERED.

s/ J. Nicholas Ranjan
United States District Judge

1