# UNITED STATES DISTRICT COURT

for the
Western District of Pennsylvania

| | |
|---|---|
| **STEWART ABRAMSON, individually and on behalf of all others similarly situated** <br><br> *Plaintiff* <br><br> v. <br><br> **GUARDIAN PROTECTION GROUP LLC** <br><br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> )     Civil Action No. 2:26-CV-00209 <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF SERVICE

I, Danessa Seward, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to GUARDIAN PROTECTION GROUP LLC in Saint Louis County, MO on February 11, 2026 at 10:22 am at 120 S Central Ave Ste 150, Saint Louis, MO 63105-1730 by leaving the following documents with Valerie Morgan who as PARALEGAL is authorized by appointment or by law to receive service of process for GUARDIAN PROTECTION GROUP LLC.

SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT, CIVIL COVER SHEET
Race: White, Sex: Female, Est. Age: 45-54, Hair: Brown, Glasses: Y, Est. Weight: 140 lbs to 160 lbs, Est. Height: 5' to 5' 3".
Geolocation of Serve: https://google.com/maps?q=38.6479792528,-90.338497252
Photograph: See Exhibit 1


Total Cost: $95.00


I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

   St. Louis County                 ,

   MO    on   2/13/2026       .

/s/ *Danessa Seward*
_____
Signature
Danessa Seward
+1 (314) 441-2220



Exhibit 1a)



Exhibit 1b)