IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>GUARDIAN PROTECTION GROUP LLC,<br><br>　　　　　　Defendants. | Case No. 2:26-CV-00209 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

COMES NOW Guardian Protection Group LLC ("Defendant"), and hereby respectfully requests an extension of time, up to and including April 3, 2026, to answer or otherwise respond to the Complaint. In support, Defendant states as follows:

1. Plaintiff filed the Complaint in this action on February 5, 2026.

2. Defendant's response to the Complaint is currently due on March 4, 2026.

3. Defendant respectfully moves for a 30-day extension of time, up to and including April 3, 2026, to answer or otherwise respond to Plaintiff's Complaint.

4. Defendant requires additional time to investigate and respond to the Complaint.

5. Plaintiff's counsel is unopposed to Defendant's request and to the filing of this motion.

6. This motion is not made for the purpose of hindrance or undue delay but is made to give Defendant a full opportunity to respond to Plaintiff's allegations in the Complaint.

WHEREFORE, Defendant respectfully requests that the Court enter an order granting its Unopposed Motion for an Extension of Time, up to and including April 3, 2026, to answer or

otherwise respond to Complaint, together with such other relief that the Court deems just and proper. A proposed order is attached for the Court's convenience.

Dated: March 3, 2026

Respectfully submitted,

UB GREENSFELDER LLP

By: */s/ Frederick M. Erny*
Frederick M. Erny (0038939)
312 Walnut Street, Suite 1400
Cincinnati, OH 45202-4029
Tel. (513) 698-5144
Fax (513) 698-5145
ferny@ubglaw.com

*Attorneys for Defendant Guardian Protection Group LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 3rd day of March, 2026, the foregoing pleading was filed electronically by operation of the Court's electronic filing system and served on all counsel of record.

*/s/ Frederick M. Erny*

4924-9025-4483, v. 2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON,<br><br>    Plaintiff,<br><br>v.<br><br>GUARDIAN PROTECTION GROUP LLC,<br><br>    Defendants. | Case No. 2:26-CV-00209 |

**<u>ORDER</u>**

AND NOW, this ___ day of March, 2026, upon consideration of Defendant's Unopposed Motion for Extension of Time, the motion is GRANTED and Defendant has, up to and including April 3, 2026 to answer or otherwise respond to Plaintiff's Complaint.

IT IS SO ORDERED.

_____
United States District Judge