IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON,<br><br>           Plaintiff,<br><br>v.<br><br>GUARDIAN PROTECTION GROUP LLC,<br><br>           Defendants. | Case No. 2:26-CV-00209 |

**ORDER**

AND NOW, this ___ day of March, 2026, upon consideration of Defendant's Unopposed Motion for Extension of Time, the motion is GRANTED and Defendant has, up to and including April 3, 2026 to answer or otherwise respond to Plaintiff's Complaint.

IT IS SO ORDERED.

_____
United States District Judge