IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GUARDIAN PROTECTION GROUP LLC,<br><br>　　　　　Defendants. | Case No. 2:26-CV-00209 |

### ENTRY OF APPEARANCE

COMES NOW Frederick M. Erny of the law firm UB Greensfelder LLP, and hereby enters his appearance on behalf of Defendant Guardian Protection Group LLC.

Dated:  March 3, 2026　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　UB GREENSFELDER LLP

　　　　　　　　　　　　　　　　　　By:　*/s/ Frederick M. Erny*
　　　　　　　　　　　　　　　　　　　　Frederick M. Erny (0038939)
　　　　　　　　　　　　　　　　　　　　312 Walnut Street, Suite 1400
　　　　　　　　　　　　　　　　　　　　Cincinnati, OH 45202-4029
　　　　　　　　　　　　　　　　　　　　Tel. (513) 698-5144
　　　　　　　　　　　　　　　　　　　　Fax (513) 698-5145
　　　　　　　　　　　　　　　　　　　　ferny@ubglaw.com

　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Guardian Protection Group LLC*

### CERTIFICATE OF SERVICE

　　　The undersigned certifies that on this 3rd day of March, 2026, the foregoing pleading was filed electronically by operation of the Court's electronic filing system and served on all counsel of record.

　　　　　　　　　　　　　　　　　　　　*/s/ Frederick M. Erny*