IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON,<br><br>           Plaintiff,<br><br>v.<br><br>GUARDIAN PROTECTION GROUP LLC,<br><br>           Defendants. | Case No. 2:26-CV-00209 |

**DISCLOSURE STATEMENT OF DEFENDANT**
**GUARDIAN PROTECTION GROUP LLC**

Pursuant to Federal Rule of Civil Procedure Rule 7.1(a), Defendant Guardian Protection Group LLC provides the following statement:

1. Guardian Protection Group LLC is a nongovernmental corporate entity. Guardian Protection Group LLC is a limited liability company, with 100% ownership held by Hollseith Holdings LLC.

2. No publicly held corporation owns 10% or more of Guardian Protection Group LLC's membership interests.

3. Guardian Protection Group LLC is a Missouri limited liability company, organized under the laws of the State of Missouri. The sole member of Guardian Protection Group LLC is Hollseith Holdings LLC, a Missouri limited liability company with its principal place of business in Missouri.

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Guardian Protection Group LLC, in the above-captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Dated: March 10, 2026                    Respectfully submitted,

                                                UB GREENSFELDER LLP

                                                By:   */s/ Frederick M. Erny*
                                                       Frederick M. Erny (0038939)
                                                       312 Walnut Street, Suite 1400
                                                       Cincinnati, OH 45202-4029
                                                       Tel. (513) 698-5144
                                                       Fax (513) 698-5145
                                                       ferny@ubglaw.com

                                              *Attorneys for Defendant Guardian Protection Group LLC*

## CERTIFICATE OF SERVICE

      The undersigned certifies that on this 10th day of March, 2026, the foregoing pleading was filed electronically by operation of the Court's electronic filing system and served on all counsel of record.

                                                               */s/ Frederick M. Erny*

4914-4765-3782, v. 1