**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| Plaintiff, | )<br>)<br>)<br>)<br>)<br>)<br>) | |
| vs. | )<br>) | Judge J. Nicholas Ranjan |
| Defendants. | )<br>)<br>)<br>)<br>)<br>) | |

**Fed. R. Civ. P. 26(f) REPORT OF THE PARTIES**

1. **Subjects of Fact Discovery:**

2. **Subjects of Expert Discovery:**

3. **Can fact and expert discovery occur at the same time? Why/why not?**

4. **Pre-trial Deadlines:**
   a. Date for Initial Disclosures:

    **b.** Date for joinder/amendment:

    **c.** Date for close of fact discovery:

    **d.** Date for close of expert discovery, if bifurcated:

**5.** **Do the parties want a Rule 502 non-waiver order – Yes or No?**

No

**6.** **Are there any ESI issues to address? If yes, please explain:**

**7.** **Protective Order – Yes or No? If yes, please explain:**

Respectfully submitted,

_____          _____