**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

STEWART ABRAMSON,

    Plaintiff,

  v.

GUARDIAN PROTECTION GROUP LLC,

    Defendants.

Case No. 2:26-CV-00209

### MOTION FOR ADMISSION PRO HAC VICE OF MARY ANN L. WYMORE

 Mary Ann L. Wymore, undersigned counsel for Defendant Guardian Protection Group LLC, hereby moves that Mary Ann L. Wymore be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendant Guardian Protection Group LLC in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

 In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Mary Ann L. Wymore filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

        Respectfully submitted,

Dated: April 22, 2026      */s/ Mary Ann L. Wymore*
           Mary Ann Wymore (Bar. ID NO. )
           UB GREENSFELDER LLP
           10 South Broadway, Suite 2000
           St. Louis, Missouri 63102
           Phone: (314) 345-4500
           Fax: (314) 241-8624

           *Counsel for Defendant Guardian Protection
           Group LLC*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on this 22nd day of April, 2026, the foregoing Motion for

Admission Pro Hac Vice of was filed electronically by operation of the Court's electronic filing

system and served on all counsel of record.

*/s/ Mary Ann L. Wymore*

2

4912-5129-1037, v. 1