## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON, <br><br> Plaintiff, <br><br> v. <br><br> GUARDIAN PROTECTION GROUP LLC, <br><br> Defendants. | Case No. 2:26-CV-00209 |

## AFFIDAVIT OF MARY ANN L. WYMORE IN SUPPORT OF
## MOTION FOR ADMISSION PRO HAC VICE

I, Mary Ann L. Wymore, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendant Guardian Protection Group LLC in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Mary Ann L.Wymore, being duly sworn, do hereby depose and say as follows:

1.    I am a Lawyer of the law firm UB Greensfelder LLP.

2.    My business address is 10 South Broadway, Suite 2000, St. Louis, Missouri 63102.

3.    I am a member in good standing of the bar[s] of Missouri and California.

4.    My bar identification number(s) are 44061 [MO] and 126516 [CA].

5.    A current certificate of good standing from Missouri is attached to this Affidavit as Exhibit A.

6.    Not Applicable. [if applicable] The following are a complete list of any previous disciplinary proceedings concerning my practice of law that resulted in a non-confidential negative finding or sanction by the disciplinary authority of the bar of any state or any United States court: [Insert additional explanation as appropriate.]

7.    I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8.    I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

9.    Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated:  April 22, 2026

_____
Affiant/Mary Ann L. Wymore

2

4937-0423-8237 v. 2