**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STEWART ABRAMSON,<br><br>Plaintiff,<br><br>v.<br><br>GUARDIAN PROTECTION GROUP LLC,<br><br>Defendants. | Case No. 2:26-CV-00209 |

## ORDER

Before the Court is the Motion for Admission Pro Hac Vice of Mary Ann L. Wymore, and after careful consideration,

**IT IS HEREBY ORDERED** that the Motion for Admission Pro Hac Vice is GRANTED.

**IT IS FURTHER ORDERED** that Mary Ann L. Wymore is hereby admitted pro hac vice for the purpose of representing Defendant Guardian Protection Group LLC in this matter.

Dated: April 28, 2026                    s/ J. Nicholas Ranjan
                                         UNITED STATES DISTRICT JUDGE