## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>                Plaintiff<br><br>vs.<br><br>GUARDIAN PROTECTION GROUP LLC<br><br>                Defendant. | Case No. 2:26-cv-209-NR |

### [PROPOSED] ORDER ON JOINT REQUEST FOR
### THREE ADDITIONAL COURT DAYS TO FILE ADR STIPULATION

AND NOW, this ___ day of _____, 2026, upon consideration of the parties' Joint Request for Three Additional Court Days to File ADR Stipulation, and for good cause shown, it is hereby ORDERED that the request is GRANTED.

The parties shall file their ADR Stipulation on or before May 6, 2026.

BY THE COURT:

_____

Hon. Nicholas Ranjan

United States District Judge