UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Stewart Abramson                         )
                                         )
                                         )
              Plaintiff(s),              )      Civil Action No. 2:26-cv-209-NR
       v.                                )
                                         )
Guardian Protection Group LLC            )
                                         )
                                         )
              Defendant(s).              )

**STIPULATION SELECTING ADR PROCESS**

Counsel report that they have met and conferred regarding Alternative Dispute Resolution (ADR) and have reached the following stipulation pursuant to L.R. 16.2 and the Court's ADR Policies and Procedures.

**I. PROCESS**
Select one of the following processes:

   X      Mediation
_____ Early Neutral Evaluation (ENE)
_____ Court sponsored Binding[1] Arbitration
_____ Court sponsored Non-binding Arbitration
_____ Other (please identify process and provider) _____
      _____

**If you are utilizing a private ADR process, such as the American Arbitration Association, be advised that the case is still governed by the Court's ADR Policies and Procedures.  It is the responsibility of counsel to ensure that all of the proper forms are timely submitted and filed, as required by Policies and Procedures.**

**II.  COSTS**

The parties have agreed to share the ADR costs as follows (do not complete percentages for Court sponsored arbitration.  For that process, costs are paid by the Court in accordance with 28 USC §658.):

      50     % by Plaintiff(s)
      50     % by Defendant(s)
_____ % by Third Party Defendant(s)

If a dispute arises as to compensation and costs for the mediator/neutral evaluator/private arbitrator, the Court will set reasonable compensation and costs.

---

[1]For binding arbitration, please complete form "Stipulation to Binding Arbitration" located on the Court's website at www.pawd.uscourts.gov

## III.  NEUTRAL

The parties hereby designate by agreement the following individual to serve as a Neutral in the above-styled action:

| | |
|---|---|
| Name of Neutral: | Bradley A. Winters |
| Address of Neutral: | 190 Carondelet Plaza Suite 1450, St. Louis, MO 63105 |
| Telephone & FAX Numbers: | (314) 334-5267 |
| Email address of Neutral: | LSmith@jamsadr.com |
| **Date of ADR Session:** | July 10, 2026 |

The parties represent that they have contacted the selected prospective neutral and have determined that the neutral is available to conduct the ADR session within the time prescribed by the Court's Policies and Procedures and that the neutral does not have a conflict.

## IV.  PARTICIPANTS

Name and title of the individual(s) who will be attending the mediation or early neutral evaluation session, **in addition to counsel**, in accordance with **Section 2.7  (Attendance at Session)** of the Court's ADR Policies and Procedures:

Anthony Paronich
_____
Attorney for Plaintiff(s)

Stewart Abramson
_____
Plaintiff(s)

_____

_____
Corporate Representative
(Name and Title)

Mary Ann Wymore
_____
Attorney for Defendant(s)

Guardian Protection Group LLC
_____
Defendant(s)

Michael Holloran
_____

President
_____
Corporate Representative
(Name and Title)

_____
Attorney for Third Party Defendant(s)

_____
Third Party Defendant(s)

_____

_____
Corporate Representative
(Name and Title)

If there is insufficient space to list all parties who will be attending the session, please add additional sheets as necessary.

Each party certifies that the representative(s) attending the ADR session on its behalf has full and complete settlement authority, **as specified in sub-section (A)(1-3) of the above section of the Court's ADR Policies and Procedures.**

## V.  ACKNOWLEDGMENT

We, the undersigned parties to this action, declare that this stipulation is both consensual and mutual.

Dated: May 6, 2025

Anthony Paronich

Attorney for Plaintiff(s)

Dated: May 6, 2026

Mary Ann L. Wymore

Attorney for Defendant(s)

Rev. 4/2017