# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| STEWART ABRAMSON, <br><br> Plaintiff, <br><br> v. <br><br> GUARDIAN PROTECTION GROUP LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> )    2:26-cv-209 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

| | |
|---|---|
| **Hearing Type:** | Telephonic Initial Case Management Conference |
| **Date:** | 5/28/2026 |
| **Before:** | Judge J. Nicholas Ranjan |

| | |
|---|---|
| Counsel for Plaintiff | Anthony Paronich |
| Counsel for Defendant | Mary Ann Wymore and Frederick Erny |
| Court Reporter | None |
| Law Clerk | JE |
| Start Time | 10:00 a.m. |
| End Time | 10:30 a.m. |

## SUMMARY OF PROCEEDINGS:

Named Plaintiff Stewart Abramson present via telephone.

Telephonic Initial Case Management Conference held to discuss the current status of the case.

Background, discovery and mediation discussed. Case Management Order to follow.