**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

STEWART ABRAMSON, individually and on behalf
of all others similarly situated,

     Plaintiff,

v.

GUARDIAN PROTECTION GROUP, LLC,

     Defendant.

Case No. 2:26-CV-00209

## JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

COME NOW Plaintiff Stewart Abramson and Defendant Guardian Protection Group, LLC, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and respectfully move the Court to enter the Stipulated Protective Order Regarding Confidential Information, attached hereto.  Good cause exists for the granting of such motion in that:

1.	The Parties anticipate the exchange of confidential information and documents for purposes of settlement discussions and/or in discovery that will contain personal, private, confidential, and/or proprietary information, trade secrets, or other confidential financial, technical, or commercial information of a party or others (collectively "Confidential Information).

2.	Federal Rule of Civil Procedure 26(c) permits a party to move for good cause for protection from annoyance, embarrassment, oppression, or undue burden or expense.  Pursuant to this Rule, a party may move that discovery not be had, or that discovery only be had on specified terms and conditions, that certain matters not be inquired into, or that the scope of discovery be limited to certain matters. Fed. R. Civ. P. 26(c).  *See also State v. Cottman Transmission Systems, Seattle Times Co.* v. *Rhinehart,* 467 U.S. 20 (1984).

4920-4512-5042, v. 1 v. 1

3.      Discovery of Confidential Information could result in significant harm to a Party, and may hinder its ability to compete effectively in its area of business or cause harm individually;

4.      The parties desire to protect Confidential Information that may be disclosed, produced, exchanged, or submitted in connection with the above-captioned civil action.

WHEREFORE, Plaintiff Stewart Abramson and Defendant Guardian Protection Group, LLC, respectfully request that the Court enter their proposed Stipulated Protective Order Regarding Confidential Information in the form and substance of the proposed order attached hereto.

Dated:  June 4, 2026                              Respectfully submitted,


PARONICH LAW, P.C.                       UB Greensfelder LLC

By:   /s/ *Anthony Paronich*              By:      /s/ *Mary Ann L. Wymore*
*Anthony I. Paronich, Pro Hac Vice*       Mary Ann L. Wymore, *Pro Hac Vice*
350 Lincoln Street, Suite 2400.           10 South Broadway, Suite 2000
Hingham, MA 02043                         St. Louis, Missouri 63102
Tel.  (508) 221-1510                      Tel.  (314) 241-9090
anthony@paronichlaw.com                   Fax  (314) 241-8624
                                          mwymore@ubglaw.com

Jeremy C. Jackson (321557)
BOWER LAW ASSOCIATES, PLLC
403 S. Allen St., Suite 210
State College, PA 16801                   Frederick M. Erny (52007)
Tel.  (814) 234-2626                      312 Walnut Street, Suite 1400
jjackson@bower-law.com                    Cincinnati, Ohio  45202-4029
                                          Tel.  (513) 698-5144
                                          Fax   (513) 698-5145
*Attorneys for Plaintiff Stewart Abramson*  ferny@ubglaw.com

                                          *Attorneys for Defendant Guardian Protection*
                                          *Group, LLC.*

4920-4512-5042, v. 1                              2

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of June, 2026, I submitted the foregoing via this Court's CM/ES system, which served notice of the filing on all counsel of record.

_____/s/ _Mary Illig_____

4920-4512-5042, v. 1