**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>GUARDIAN PROTECTION GROUP LLC<br><br>Defendant. | Case No. 2:26-cv-209-NR |

## JOINT STATUS REPORT

COME NOW Defendant Guardian Protection Services, LLC ("GPG") and Plaintiff Stewart Abramson ("Abramson"), by and through their respective undersigned counsel, and hereby notify the Court as to the status of their settlement in the above-captioned lawsuit.

Mr. Abramson and GPG have memorialized and finalized their written settlement agreement. They expect conditions precedent to the settlement to be finalized by early December 2026 and continue respectfully to request the Court to grant them through and including December 15, 2026, in which to file a Stipulation for Dismissal with the Court under FED. R. CIV. P. 41(a)(1)(A)(ii) dismissing this action.

Dated: November 17, 2026

Respectfully submitted,

UB GREENSFELDER LLP

By: */s/ Mary Ann L. Wymore*__
Mary Ann L. Wymore (*Pro Hac Vice*)
10 South Broadway, Suite 2000
St. Louis, Missouri 63102
Phone: (314) 345-4500
Fax: (314) 241-8624
mwymore@ubglaw.com

Frederick M. Erny (52007)
UB GREENSFELDER LLP
312 Walnut Street, Suite 1400
Cincinnati, OH 45202-4029
Tel. (513) 698-5144
Fax (513) 698-5145
ferny@ubglaw.com

*Attorneys for Defendant Guardian Protection Group LLC*

PARONICH LAW P.C.

By: */s/ Anthony I. Paronich*__
Anthony I. Paronich (*Pro Hac Vice*)
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Phone: (508) 221-1510
anthony@paronichlaw.com

Jeremy C. Jackson (321557)
BOWER LAW ASSOCIATES, PLLC
403 S. Allen St., Suite 210
State College, PA 16801
Phone: (814) 234-2626
jjackson@bower-law.com

*Attorneys for Plaintiff Stewart Abramson*